HHW

RECEIVED
JUL 07 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANNAMMA JOB
(Name of the plaintiff or plaintiffs)

v.

① ELIZABETH SCHMIDT (LISA)
② ELLEN HODGE ③ LARRY DOLAN
④ CHRISTOPHER BURNS (CHRIS)
⑤ WAVERLY ROBINSON ⑥ ANN M KILEY CENTER
⑦ CYNTHIA KALINA ⑧ KAREN FINLEY
⑨ LAURA VANDERWALL
(Name of the defendant or defendants)

08cv3838
JUDGE CONLON
MAG. JUDGE COX

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ANNAMMA JOB of the county of LAKE in the state of ILLINOIS.

3. The defendant is AS MENTIONED ABOVE, whose street address is 1401 DUGIDALE ROAD (ANN M KILEY CENTER) (city) WAUKEGAN (county) LAKE (state) IL (ZIP) 60085
(Defendant's telephone number) (847)-249-0600

4. The plaintiff sought employment or was employed by the defendant at (street address) ANN M KILEY CENTER, 1401 DUGIDALE RD (city) WAUKEGAN (county) LAKE (state) IL (ZIP code) 60085

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.
   (b) ☒ was hired and is still employed by the defendant.
   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) **JUNE**, (day) **14th**, (year) **2006**.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) **MARCH** (day) **31st** (year) **2008**

   (ii) ☒ the Illinois Department of Human Rights, on or about *(TO THE OFFICE OF EXECUTIVE INSPECTOR GENERAL)* (month) **MARCH** (day) **31st** (year) **2008**.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES.    ☐ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

   ☐ Yes (month)_____ (day)_____ (year)_____
   ☐ No, did not file Complaint of Employment Discrimination

   2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

   c. Attached is a copy of the

   a. Complaint of Employment Discrimination,
   ☐ YES    ☐ NO, but a copy will be filed within 14 days.

   (ii) Final Agency Decision

   ☐ YES    ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) MAY (day) 7TH (year) 2008 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Bureau of civil Affairs (BCA) found during their investigation that violation of Federal and/or state laws in addition to department policies or Administrative directives has occurred with respect to my allegation of harassement and unequal terms and conditions of employment on the basis of retaliation

13. The facts supporting the plaintiff's claim of discrimination are as follows:
On June 14th 2006, Elizabeth Schmidt and me were talking about me getting a fine of due to no baby sitter, when I requested time off for my children Ms. Schmidt laughed at me & in an insulted way told me that "why can't you Indians throw your children in the summer camp just like people do here, and she also told me that "you Indians are too spoiled, you guys don't know what to do or how to deal the situation. (Continued

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.                                   See the attached)

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _be fair and professional and respect other nationality and their traditions since we all are gathered here as a team from different nationality & customs, we have to work as a team, take administrative actions as per state rules without discriminating any staff's race, color or nationality, treat everyone fairly_

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
_Annamma Job_

(Plaintiff's name)
_ANNAMMA JOB_

(Plaintiff's street address)
_1605 BELLEPLAINE AVE_

(City) _GURNEE_ (State) _IL_ (ZIP) _60031_
(Plaintiff's telephone number) (_847_) – _599-1914_

Date: _7-7-08_

I
#13 continued:

DEFENDANT #1

ELIZABETH SCHMIDT (UNIT ADMINISTRATOR) UNIT-5. shortly called as LISA SCHMIDT. Lisa was my Supervisor, she harassed and insulted me several times, retaliated me and discriminated about my color and nationality, she even gave me a worse evaluation (performance eval) and stopped my promotion. I was a very hardworking employee spent my extra time at work whenever needed without any extra pay, still I got a very bad performance evaluation from Lisa Schmidt and Lisa gave a very good evaluation to another female employee (Deanna H) who was absent more than 80% of her working hours. Lisa also gave me an overload of work 4 times more than my job duties, never appreciated and that overstress of work made me causing sleeplessness, and made my health gone down so much that I end up in taking medication & still continuing due to workplace stress due to Lisa.

II Human Resource staff are Lisa's friend (Donna W). Lisa even went to HR and stopped my promotion as a Hab program co-ordinator by not proceding my paper work in time. Then she harassed me and discriminated me as stated in Discrimination form #13

2) DEFENDANT #2

ELLEN HODGE: FORMER ASST FACILITY DIRECTOR

During Dec 18th 2006, I was a witness for two employees misconduct/ unfair act at work (Lisa Schmidt and CHRISTOPHER BURNS DEFENDANT #4). which was reported to Ellen Hodge (Asst Facility Director during that time) Since Ellen, Lisa and Christopher were friends Ellen never took any administrative action about this case against Lisa and Christopher, instead she send me on suspension for 2 months for reporting something. Ellen falsify all the documents or complaints regarding this case and put me on Re-assignment and took no action against Chris and Lisa. Then she took retirement after I reported this case to BCA.

III  Then Ellen transferred me to a different work location and left Lisa in the same area to work. I felt it was a real punishment for me to report something I needed to be reported. The new work area I was treated very bad by Karen Finley (MA-Unit-2) Cynthia Kalina U-2 program co-ordinator and Laura Vanderwall Unit Adm.1 as if I did some major mistake. When I was reporting this incident to Ellen H. She threatened me and harassed me & told me you may loose your job, whether you report or not. So I was really scared to report at the first time, and also I was on vacation

3) LARRY DOLAN (INTERNAL SECURITY INVESTIGATOR) (ISI) During my interview with Larry Dolan regarding the above case, he instead of investigating this case harassed me and forced me to change my true statement." He told me "If you were not reporting this Bull Shit" I should not have gone thru this investigation. You could have forget about what happened". Another officer was

witnessing Larry's conversation I felt very bad about this comment.

4) CHRISTOPHER BURNS (HAB PROGRAM CO-ORDINATOR) HPC of unit-2.

After the above incident, Chris and me were transferred from unit 5 to unit 2. After reporting the incident about Lisa and Chris, Chris was so mad at me, I have his case load in my area to work where I noticed several times he falsify the patient's document to put me in trouble which staff are witness

5) WAVERLY ROBINSON (DEFENDANT #5) FACILITY DIRECTOR.

After Ellen Hodge took retirement before she completed my case, it was still with Bureau of Civil Affairs (BCA) Then Waverly took over. After several incident happened with Lisa after mine. Lisa went with Bulls game in Chicago took patients with her. She took her son with her during working hours in the her own car (supposed to use state vehicle) She was ignoring the patients

V and took care of her son (still in the cloak) at bulls games. She was using liquor (alcoholic) which Tyrone Woods (OE) staff reported and Waverly didn't take any action about Lisa. Then patient money was stolen in Lisa's unit and Waverly kept quiet instead of taking administrative action. He as the facility director failed to do his job

6) ANN M KILEY CENTER (DEFENDANT #6) refused to get treatment from my work place (as above). I had an injury on my left ankle on 5/22/07 due to a concrete piece came out from the outside garbage bin wall. I accidently stepped on the concrete piece (which was between home 7 & home 8). I twisted my ankle and got injury on my left ankle. Started bruising and in few minutes that ankle was swollen up & painful to touch. It was supposed to be workers compensation (work place injury). I went to Emergency thru Kiley once and then

VI my treatment was refused by Riley or State as a state employee I never got justice to continue my treatment. Several times I went to my own doctor and thru my husbands insurance. I was refused treatment from Riley. For my 8 weeks physical therapy and doctors appointments. DR. MICHAEL PRICE Riley Adjuster (CMS) told me even if it happened at work, it was a natural cause. If I broke my head and died they could have still told me this is a natural cause?

7) CYNTHIA KALINA (DEFENDANT #7)
UNIT 2 - PROGRAM CO-ORDINATOR.
On 9th of April 08, I had to take a emergency personal day due to my son's sickness, I called manual Juan (ROS) that I am taking emergency personal day (EPD). Instead of giving me EPD, Cynthia Laura Vanderwall and Karen Finley decides to give me UA time (un authorized absence) without pay. These 3 staff are lisa's friend

VII) whenever they get chance, they pick me harass me and insult me in front of my other staff. of being the supervision of the Technician, I have my own reputation infront of those staff. But cynthia and karen never keep any confidentiality and insulted me several times infront of other staff. cynthia always forced me and other staff to do her work load. each staff have their own work assignment to complete. I reported against cynthia and another staff about they doing misconduct at work so cynthia was already mad at me for various reasons.

8) karen Finley (Defendant # 8) UNIT ADMINISTRATOR, UNIT 2. karen is my supervisor. karen don't like any other staff than African-American origin. we are the supervisors. we are responsible for patient's clothes purchasing and other belongings. so I had to get money out from their cash trust fund. karen always insulted me to get the

VIII) money for purchases Karen always had problem. She insulted me several times and discriminated me by saying on April 08 "You Indians don't know how to spent money. I am not letting you take no money from the patient fund. etc. She always gave me and two other staff hard time, rest of the staff are African-American origin. She always good with them. Always yelling & screaming at me and other two staff, insulting & harassing in front of other staff and using bad words like 'F' & 'N', 'B' words & cursing at me several times

The above staff's activity and bad behavior towards me gave me too much stress in my life. I had to depend on sleep medicine and other health problems due to stress at work. I need justice. I am looking foreward to get justice from you. Sorry for any inconvenience
Thanks. Sincerely
Anita Job

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2008-04672 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mrs. Annamma Job | Home Phone (Incl. Area Code)<br>(847) 599-1914 | Date of Birth<br>05-25-1964 |
|---|---|---|

Street Address: 1605 Belleplaine Avenue, Gurnee, IL 60031

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>IL DEPT OF HUMAN SERVICES | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(847) 249-0600 |
|---|---|---|

Street Address: Ann M Kiley Center, 1401 Dugdale Road, Waukegan, IL 60085

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-01-2007  Latest: 05-07-2008
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named Respondent on December 15, 2005, as a Residential Service Supervisor. In or about March 2007, I filed an internal complaint of discrimination. Subsequently, I have been subjected to different terms and conditions of employment. On or about April 9, 2008, I was denied pay for an absence.

I believe that I have been discriminated against because of my national origin, East Indian, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
MAY 07 2008

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: May 07, 2008
Charging Party Signature: *Annamma Job*

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)



Rod R. Blagojevich, *Governor*          Illinois Department of Human Services          Carol L. Adams, Ph.D., *Secretary*

100 South Grand Avenue, East • Springfield, Illinois 62762
401 South Clinton Street • Chicago, Illinois 60607

August 29, 2007

Ms. Annamma Job
1605 Belleplaine Avenue
Gurnee, Illinois 60031

Charge Number: 0307R0101E

Dear Ms. Job:

The Bureau of Civil Affairs has completed its investigation of the discrimination complaint that you filed in March, 2007. Your complaint alleged unequal terms and conditions of employment and harassment. The bases of your complaint were race, color, national origin and retaliation.

After a careful review of the evidence, it has been determined that sufficient information exists to indicate that a violation of Federal and/or State laws in addition to Department policies or Administrative Directives has occurred with respect to your allegations of harassment and unequal terms and conditions of employment on the basis of retaliation. It has been recommended that appropriate administrative follow up and/or corrective measures be initiated.

The investigation did not determine that you were the victim of unequal terms and conditions of employment on either the basis of your race, color or national origin.

The Bureau of Civil Affairs is therefore concluding its investigation of this matter, but will be following up on its recommendations.

Sincerely,

Derrick Davis, Sr.

Derrick L. Davis, Sr.
BCA Investigations Manager

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 440-2008-04672 |

Illinois Department Of Human Rights — and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Annamma Job | (847) 599-1914 | 05-25-1964 |

Street Address: 1605 Belleplaine Avenue, Gurnee, IL 60031

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| IL DEPT OF HUMAN SERVICES | 500 or More | (847) 249-0600 |

Street Address: Ann M Kiley Center, 1401 Dugdale Road, Waukegan, IL 60085

DISCRIMINATION BASED ON (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-01-2007   Latest: 05-07-2008
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named Respondent on December 15, 2005, as a Residential Service Supervisor. In or about March 2007, I filed an internal complaint of discrimination. Subsequently, I have been subjected to different terms and conditions of employment. On or about April 9, 2008, I was denied pay for an absence.

I believe that I have been discriminated against because of my national origin, East Indian, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
MAY 07 2008
CHICAGO DISTRICT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 07, 2008 — Annamma Job
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



Rod R. Blagojevich, *Governor*     Illinois Department of Human Services    Carol L. Adams, Ph.D., *Secretary*

100 South Grand Avenue, East • Springfield, Illinois 62762
401 South Clinton Street • Chicago, Illinois 60607

August 29, 2007

Ms. Annamma Job
1605 Belleplaine Avenue
Gurnee, Illinois 60031

Charge Number: 0307R0101E

Dear Ms. Job:

The Bureau of Civil Affairs has completed its investigation of the discrimination complaint that you filed in March, 2007. Your complaint alleged unequal terms and conditions of employment and harassment. The bases of your complaint were race, color, national origin and retaliation.

After a careful review of the evidence, it has been determined that sufficient information exists to indicate that a violation of Federal and/or State laws in addition to Department policies or Administrative Directives has occurred with respect to your allegations of harassment and unequal terms and conditions of employment on the basis of retaliation. It has been recommended that appropriate administrative follow up and/or corrective measures be initiated.

The investigation did not determine that you were the victim of unequal terms and conditions of employment on either the basis of your race, color or national origin.

The Bureau of Civil Affairs is therefore concluding its investigation of this matter, but will be following up on its recommendations.

Sincerely,

*Derrick Davis, Sr.*

Derrick L. Davis, Sr.
BCA Investigations Manager

# CMS

**ILLINOIS**  Rod R. Blagojevich, Governor
**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
Maureen O'Donnell, Acting Director

June 5, 2007

Anna Job
1605 Belleplane Ave.
Gurnee, IL  60031

Re:   Central File Number:  076-37-64
      Date of Incident:      05/22/07

Dear Ms. Job:

The Risk Management Division has completed a review of your recent claim for workers' compensation benefits.  Under provisions of the Illinois Workers' Compensation Act, your claim was found non-compensable.

Past decisions by the Workers' Compensation Commission have directed that if an employee's injury is the result of a risk incidental to their employment, the employee must be exposed to that risk to a greater degree than members of the general public.  Our review determined that you were not placed in any greater risk then that assumed by the general public.  As such, your request for benefits under the Act is not applicable and has been denied.

Please contact me if you have any questions.

Sincerely,

Michael N. Price
Liability Claims Adjuster
Division of Risk Management
(217) 557-2296

cc:   CareSys
      State Employee's Retirement System
      WCC -- Kathy Checalier
      File

# ILLINOIS DEPARTMENT OF HUMAN SERVICES
## DAILY STAFF ATTENDANCE REPORT

DATE: 4/9/08
SUBUNIT: 3263
APPROVED: [signature]
Reorder Initials:

Shift I: D  Shift II: AM  Shift III: PM

ENTERED BY:
TIMEKEEPER (Init.):
DATE:

| Tr Sub. Unit | Min. Tardy or Left Early | Enter Shift Hours Start/End | Enter √ or time | Name SSN | Reg Day Off | BU | Work Away | Hol i-day | Sick Time A-Appoint F-Sick Family L-Personal | Vac. | Other Paid Time Off (See Code Key) | Over Time D-Day E-Eve N-Nite Add T for T.A. | Call-Back | Stand-By | Temp. Assign. (Enter Classif.) | Deduct Time (See Code Key) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0630/1500 | √ | JOB, ANNAMMA ███ | | | | | | | | | | | | |
| | | 0630/1500 | √ 1630/1900 | ███ | | | | | | | | 6 15 | | | | |
| | | 0630/1500 | √ 1630/1900 | ███ | | | | | | | | E2 30 | | | | |
| | | 0630/1500 | √ | ███ | | | | | | | | E2 30 | | | | |
| | | 1430/2300 | √ | ███ | | √ | | | | | | | | | | |
| | | 1430/2300 | √ | ███ | | | | | | | | | | | | |
| | | 1430/2300 | √ | ███ | | √ | | | | | | | | | | |
| | | 1430/2300 | 1600 √ | ███ | | | | | | | | 06 30 | | | | |
| | | 2245/0645 | 1645 0645 | ███ | | | | | | | | | | | | |
| | | 2245/0645 | √ | ███ | | | | | | | | 01 45 | | | | 3 L |

CODE KEY - OTHER PAID TIME OFF
PD - Personal Time
OC - Compensation overtime off
OA - Other paid time away from workplace
SC - Service connected disability time off
SN - ...

OVERTIME
Enter a √ in the first column if the employee wants to accumulate the time. Enter a D, E, or N in the second column to indicate the shift to which the ...

CC - Continued Compensation - to be used
Pending approval of Extended Benefits
CA - Compensation Approved - to be used
On approval of Extended ...

CODE KEY - DEDUCT PAY TIME
EA - Excused Absence       LA - Leave of Absence
UA - Unexcused Absence

TN - Department Trainee
ML - Military Leave
JU - Jury or court subpoena time off
UP - Upward Mobility Program

To,  
MICHAEL PRICE  
(CMS)  
KILEY ADJUSTER

From, 11th JUNE '07  
ANNA JOB. RES  
H- 7813  
KILEY CENTER  
WKN. IL- 60085

As I talked to you on the phone on 6/11/07. I had my injury to my left ankle on 5/22/07. I went through health line and 1st appt was on 5/31, and 2nd appt was on 6/7/07. The 2nd appt was cancelled due to denial of my medical insurance thru state. So I had to go thru my own doctor and did my appt on 6/8/07 at 1015 hrs. (See notes attached). My injury was happened at work between Room 7 & 8, due to the broken edge of the main garbage can outside. The little rocks and concrete pieces were scattered around the garbage can wall, and I accidently stepped on one of the rock or concrete piece came out from the garbage can wall