MHN

08cv3838
JUDGE CONLON
MAG. JUDGE COX

J.N

FILED
7-7-2008
JUL X 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: ANNAMMA JOB
(Please print)

STREET ADDRESS: 1605 BELLEPLAINE AVE

CITY/STATE/ZIP: GURNEE, IL - 60031

PHONE NUMBER: 847-599-1914

CASE NUMBER: _____

_Annamma Job_
Signature

7/7/08
Date