# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3838 | **DATE** | 7/14/2008 |
| **CASE TITLE** | ANNAMMA JOB vs. ELIZABETH SCHMIDT, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed as a pauper is denied. Plaintiff shall pay the $350.00 filing fee by August 1, 2008, or this case shall be dismissed. Plaintiff's motion for appointment of counsel is moot.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|