## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3838 | **DATE** | 8/5/2008 |
| **CASE TITLE** | ANNAMMA JOB vs. ELIZABETH SCHMIDT | | |

**DOCKET ENTRY TEXT**

Plaintiff shall promptly serve each defendant with summons and a copy of the complaint. Return of summons for each defendant shall be filed. Parties shall comply with FRCP 26(a)(1) by September 4, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on February 2, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on February 24, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendants by February 17, 2009. The case is placed on the March trial calendar. Pro se litigants may seek assistance through the Distict Court self-help assistance program by making an appointment at the Clerk's Office Intake Desk on the 20th floor or by calling 312-435-5691.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|