

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



Plaintiff(s)

ANNAMMA JOB

Case No. 08-C-3838

V.

STATE OF ILLINOIS
ANN KILEY CENTER

Defendant(s)

ELIZABETH SCHMIDT
ELLEN HODGE
LARRY DOLAN
CHRISTOPHER BURNS
WAVERLY ROBINSON
CYNTHIA KALINA
KAREN PINLEY
LAURA VANDERWALL

## AMENDED COMPLAINT

PLEASE ADD DEFENDANT AS

THE STATE OF ILLINOIS
DEPARTMENT OF HUMAN SERVICES
401 SOUTH CLINTON ST
CHICAGO, IL 60607

Annamma Job