### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3838                    Assigned/Issued By: j. n.

Judge Name: _____           Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00
               ☐ IFP           ☐ No Fee     ☐ Other _____
               ☐ $455.00

Number of Service Copies _____           Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                    ☐ Alias Summons
☐ Third Party Summons                        ☐ Lis Pendens
☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons         _____
                                                    *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets                ☐ Other
☐ Writ _____                  _____
        *(Type of Writ)*                        *(Type of issuance)*

1 Original and 1 copies on 9-2-08  as to the state of illinois
                                *(Date)*